United States District Court
Southern District of Texas

**ENTERED**

December 12, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA SONIA ALLAICO PACHECO and MISHELL ALEXANDRA QUINTUNA ALLAICO, | § § § § | |
| Petitioners, | § § | |
| v. | § § | CIVIL ACTION NO. H-25-5796 |
| WILLIAM JOYCE, et al., | § § | |
| Respondents. | § § | |

## ORDER

The petitioners, Maria Sonia Allaico Pacheco and her minor daughter Mishell Alexandra Quintuna Allaico, have filed, through counsel, a petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (Docket Entry No. 1), challenging their continued confinement. The Petition was originally filed in the United States District Court for the Southern District of New York. The Petition represents that the petitioners are citizens of Ecuador and are currently in removal proceedings. On November 8, 2025, the petitioners were detained by agents with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been in federal immigration custody since that time.

Although this case was transferred to this court from the court in the Southern District of New York, it is not plain from the record where the petitioners are being detained: the Petition

does not provide the petitioners' "A-Numbers" (thus, the court is not able to look them up on ICE's Online Detainee Locator System) and the transfer order from the Southern District of New York simply states that the petitioners "were not located in the Southern District of New York at the time they filed this Petition . . . [a]ccordingly, upon consent of the parties, and in the interest of justice, the Court transfers this petition to the United States District Court for the Southern District of Texas." (Transfer Order, Docket Entry No. 11, p. 1).

So that this court can conduct its required examination of the pleadings under the Rules Governing § 2254 Cases in the United States District Courts,[1] the court **ORDERS** that within **five (5) days** of the date of this Order, counsel for the petitioners is to provide the court with the name and location of the facility where the petitioners were being detained at the time the Petition was originally filed and to provide the court with the petitioners' "A-Numbers."

---

[1] A district court may apply any or all of the rules governing habeas petitions filed under 28 U.S.C. § 2254 to petitions filed under § 2241.  See Rule 1(b), Rules Governing § 2254 Cases in the United States District Courts.

-2-

The Clerk shall provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this _11th_ day of _December_ ,

2025.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE